UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                        Case No. 2:16-cr-13
                                          HON. ROBERT HOLMES BELL

NICHOLAS JAMES SAYLES,

        Defendant.
_____/

## ORDER OF DETENTION

Defendant appeared before the undersigned on September 22, 2016 for an initial appearance and arraignment on the indictment charging him with Domestic Assault - Habitual Offender.  At that time, the Court indicated the defendant was not eligible for release as he was currently in the custody fo the State of Michigan and had appeared for the proceedings on a writ of habeas corpus ad prosequendum.

Accordingly, the Court ordered the defendant detained pending further proceedings, with defendant reserving the right to request a detention should his status with the State of Michigan change.

IT IS FURTHER ORDERED that defendant may have contact with D.J.A. but not with regard to this case, directly or indirectly.

IT IS SO ORDERED.

Dated:   September 23, 2016             _/s/ Timothy P. Greeley_
                                                   TIMOTHY P. GREELEY
                                                   U.S. MAGISTRATE JUDGE